UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ABIGAIL VARGAS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-2493-X-BT |
| | § | |
| JUAN FRANCISCO ARGINAL ESPINAL, et al., | § | |
| | § | |
| *Defendants.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 12]. Vargas filed a response, but it was entirely in Spanish. Due to this, the Court could not review *de novo* those portions of the proposed findings, conclusions, and recommendation to which the response was filed. Nonetheless, the Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 19th day of April, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1